IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIRIAM HANZER, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 12-363-LPS-MPT |
| THE MENTOR NETWORK, | : | |
| Defendant. | : | |

## ORDER

WHEREAS, Magistrate Judge Thynge issued a Report and Recommendation (D.I. 29) dated July 30, 2012;

WHEREAS, the Report and Recommendation recommends that the Court GRANT in part, and DENY in part Defendant's motion to strike pursuant to Fed. R. Civ. P. 12(f) (D.I. 20).

WHEREAS, any Objections to the Report and Recommendation (D.I. 29) were to be filed by August 16, 2012;

WHEREAS, neither party has filed an Objection to the Report and Recommendation;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Thynge;

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 29) is **ADOPTED**; and

Defendant's motion to strike pursuant to Fed. R. Civ. P. 12(f) (D.I. 20) is **GRANTED** as to paragraphs II.E 2-4, and **DENIED** as to paragraphs II.E 7-8, 11, 13, 15-18, 20-21, and 22 (partial).

Dated: September 20, 2012

_____
UNITED STATES DISTRICT JUDGE